UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BONNIE L. BARNELL**,                                  Case No. 1:14-cv-00283-KI

        Plaintiff,                                       JUDGMENT

   v.

**COMMISSIONER, Social Security Administration**,

        Defendant.


   Arthur W. Stevens, III
   Black, Chapman, Webber & Stevens
   221 Stewart Ave., Ste. 209
   Medford, OR 97501

      Attorney for Plaintiff

   S. Amanda Marshall
   United States Attorney
   District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 S.W. Third Ave., Ste. 600
Portland, OR 97201-2902

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    IT IS SO ORDERED.

    DATED this   15th   day of April, 2015.

    /s/ Garr M. King
    Garr M. King
    United States District Judge